IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK A. DAVIS**                                                                                                       **PLAINTIFF**

**V.**                                                  **No. 4:19-cv-551-JM**

**CITY OF LITTLE ROCK, et al.**                                                                              **DEFENDANT**

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Plaintiff has filed a motion to voluntarily dismiss his case without prejudice. The Court finds that Plaintiff's motion to dismiss (Docket #31) should be, and hereby is, granted. The Clerk is directed to close the case.

The Court notes that Plaintiff's right to re-file the case against the Defendants is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), the Plaintiff may be ordered to pay any costs of this action which the Court deems appropriate if Plaintiff re-files the action against the Defendants.

IT IS SO ORDERED this 27th day of August, 2020.

_____
James M. Moody, Jr.
United States District Judge